UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUMBERLAND MUTUAL FIRE INSURANCE COMPANY a/s/o BRYAN C. and PENELOPE A. CROTHERS,<br><br>           Plaintiff,<br><br>v.<br><br>S.C. JOHNSON & SON, INC.,<br><br>           Defendant. | : CIVIL ACTION<br>:<br>: NO. 04-1503<br>:<br>:<br>:<br>:<br>:<br>:<br>: PLAINTIFF'S INITIAL<br>: DISCLOSURES PURSUANT<br>: TO FED. R. CIV. P. 26(a)(1) |

TO:   James P. Hall, Esquire
      Phillips, Goldman & Spence, P.A.
      1200 N. Broom Street
      Wilmington, DE 19806

      Thomas P. Schult, Esquire
      Berkowitz, Stanton, Brandt, Williams & Shaw, LLP
      Two Emanuel Cleaver, II Boulevard., Suite 500
      Kansas City, Missouri 64112

      Attorney(s) for Defendant

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff, Cumberland Mutual Fire Insurance Company, as subrogee of Byran C. and Penelope A. Crothers, (hereinafter "Plaintiff"), hereby provides the following information and attached documents:

1.   **Names of Individuals Likely to Have Discoverable Information.**

     (a) Bryan C. Crothers
         773 Pearson Corner Road
         Hartly, DE

Mr. Crothers has information regarding the purchase of the Raid® Concentrated Deep Reach Foggers (hereinafter "foggers"), the use of the foggers at his property on December 10, 2002, the explosion and subsequent fire that occurred at Mr. Crothers' residence on December 10, 2002, the damages Mr. Crothers sustained to his real and personal property and the living expenses he incurred following the loss of use of his property and Cumberland Mutual Fire Insurance Company's payments made to Mr. Crothers.

(b) Penelope A. Crothers
773 Pearson Corner Road
Hartly, DE

Ms. Crothers has information regarding the purchase of the Raid® Concentrated Deep Reach Foggers (hereinafter "foggers"), the use of the foggers at her property on December 10, 2002, the explosion and subsequent fire that occurred at Ms. Crothers' residence on December 10, 2002, the damages Ms. Crothers sustained to her real and personal property and the living expenses she incurred following the loss of use of her property and Cumberland Mutual Fire Insurance Company's payments made to Ms. Crothers.

(c) James McMaster
311 North Berlin Road
P.O. Box 4106
Lindenwold, NJ 08021

Mr. McMaster has information and knowledge concerning the December 10, 2002 fire at the Crothers residence and has information regarding his investigation following the December 10, 2002 fire.

(d) Meyer R. Rosen, FRSC, FAIC, CPC, CChe & FACFE
Intercity Testing and Consulting Corporation
167 Willis Avenue
Minola, New York 11501

Mr. Rosen has information regarding the design and manufacture of the foggers, alternative design and manufacture of the foggers and, the known and inherent dangers of the foggers.

(e) Mary Jo Parmenter
Crawford & Company Insurance Adjusters, Inc.
P.O. Box 747
6021 56th Avenue
Suite 6
Kenosha, WI 53141-0747

Ms. Parmenter has knowledge regarding this law firm's attempts to place Defendant on notice of the subject fire and to schedule an inspection of the loss scene and evidence with the Defendant's representatives.

(f) Dana Vicario
Crawford & Company Insurance Adjusters, Inc.
100 Commerce Drive
Suite 114
Newark, DE 19713

Ms. Vicario has knowledge regarding this law firm's attempts to place Defendant on notice of the subject fire and to schedule an inspection of the loss scene and evidence with the Defendant's representatives. Ms. Vicario also has knowledge of her representations that Defendant would not resolve this matter prior to litigation.

(g) Mark Haemker
Crawford Claims Management Services
100 Commerce Drive
Suite 114
Newark, DE 19713

Mark Haemker has knowledge regarding this law firm's attempts to place Defendant on notice of the subject fire and to schedule an inspection of the loss scene and evidence with the Defendant's representatives. Mr. Haemker has knowledge regarding his decision not to retain evidence from the loss location.

(h) Deputy William Bush
State of Delaware
Office of the State Fire Marshal
Delaware Fire Service Center
1537 Chestnut Grove Road
Dover, DE 19904-9610

Mr. Bush has information regarding the December 10, 2002 fire at the Crothers property and knowledge and information regarding his investigation of the property following the fire.

(i) Richard R. Ward
Assistant State Fire Marshal Office of the State Fire Marshal
Delaware Fire Service Center
1537 Chestnut Grove Road
Dover, DE 19904-9610

Mr. Ward has information regarding the December 10, 2002 fire at the Crothers property and knowledge and information regarding his investigation of the property following the fire.

(j) Randal W. Lee
Chief Deputy Fire Marshal
Office of the State Fire Marshal
Delaware Fire Service Center
1537 Chestnut Grove Road
Dover, DE 19904-9610

Mr. Lee has information regarding the December 10, 2002 fire at the Crothers property and knowledge and information regarding his investigation of the property following the fire.

(k) Any police and/or fire personnel that are revealed during discovery who may have knowledge and information regarding the December 10, 2002 fire at the Crothers property and/or their investigation and findings thereof.

(l) Rodger C. Kruse
Section Manager
Raid® Base Business & Development
S.C. Johnson & Son, Inc.
1523 How M/S 052
Racine, Wisconsin 53403-2236

Mr. Kruse has knowledge regarding the design, development, testing and manufacturing of this and other Raid® products.

(m) Janet C. Mitchell
   Consumer Liablity Manager
   Consumer Resource Center
   S.C. Johnson & Son, Inc.
   1525 How Street
   Racine, Wisconsin 53403

   Ms. Mitchell has discoverable information regarding the popularity of Raid® Fogger products; the procedures employed by S.C. Johnson & Son, Inc. to respond to consumer inquiries about its products; and the number of complaints regarding the product.

(n) James H. Wallace
   Section Manager
   U.S. Regulatory Affairs
   S.C. Johnson & Son, Inc.
   1525 Howe Street
   Racine, Wisconsin 53403

   Mr. Wallace has knowledge regarding S.C. Johnson & Son, Inc.'s compliance or lack thereof with EPA and other regulatory requirements for this product.

(o) Dan Churchward
   Kodiak Enterprises, Inc.
   6409 Constitution Drive
   Fort Wayne, Indiana 46804

   Mr. Churchward may have discoverable information about the design and testing of this product.

(p) Dennis Smith
   Kodiak Enterprises, Inc.
   6409 Constitution Drive
   Fort Wayne, Indiana 46804

   Mr. Smith has discoverable information regarding his inspection of the accident scene and the product remains produced for inspection by the insurance company.

(q) James Hall, Esquire
Phillips, Goldman & Spence, P.C.
1200 N. Broom Street
Wilmington, DE 19806

James Hall has knowledge regarding this law firm's attempts to place Defendant on notice of the subject fire and to schedule an inspection of the loss scene and evidence with the Defendant's representatives. Mr. Hall has knowledge regarding Defendant's decision not to retain evidence from the loss location.

(r) George Powell
Tower Insurance Services
P.O. Box 4088
Greenville, DE 19807-0088

Mr. Powell has information regarding the damages the Crothers sustained as a result of this fire and the adjustment thereof.

(s) Any all persons revealed during discovery with information regarding the foggers, the December 10, 2002 fire, the damages resulting therefrom, and the adjustment of the damages.

2. **Documents Relevant to Lawsuit**

(a) Documents regarding the foggers.

(b) Documents regarding the December 10, 2002 fire.

(c) Documents regarding the investigation of the December 10, 2002 fire.

(d) Documents regarding exemplar foggers.

(e) Photographs of the subject property, the subject fire, foggers, exemplar foggers and damages to the property caused by the fire.

(f) Documents regarding the damages the Crothers sustained as a result of the December 10, 2002 fire.

(g) Documents regarding Plaintiff's payments to its insureds as a result of the damages from the December 10, 2002 fire.

(h) Documents in support of the Plaintiff's claim for damages in this matter.

(i) Documents regarding the design and manufacture of the foggers.

(j) Documents regarding the sales and marketing of the foggers.

(k) Documents between Dupont Corporation and Defendant.

(l) Documents regarding Defendant's development of non-flammable propellants for foggers that were never used and/or never made it to commercialization.

(m) Documents regarding products Defendant manufacturers that contain non-flammable propellants.

(n) Documents regarding prior claims against Defendant involving and/or related to explosions, fires and foggers.

(o) Documents regarding the known dangers of flammable propellants and/or foggers.

(p) Documents regarding Defendant's design and/or manufacture of foggers.

(q) Documents regarding all propellants Defendant proposed, considered, tested, developed, did not use and/or used for foggers.

(r) Documents regarding professional, local, county, state and/or federal agencies, associations and/or departments studies, investigations, announcement and/or concerns with foggers and fires and/or the dangers associated with foggers.

(s) Plaintiff's reserves the right to introduce into evidence any and all documents, data, compilations and tangible things revealed during investigation or discovery that are relevant to this lawsuit. Plaintiff incorporates by reference all documents, data, compilations and tangible things disclosed by any other parties through disclosures, answers to interrogatories, responses to requests for production of documents or for admission, pleadings or otherwise.

3. **Computation of Any Category of Damages**

| | |
|---|---|
| Dwelling | - $143,579.80 |
| Contents | - $100,358.89 |
| Living Expenses | - $ 15,412.82 |
| Deductible | - $      500.00 |
| Contents Depreciation | - $ 11,065.44 |
| TOTAL DAMAGES | - $270,916.95 |

4. **Insurance**

(a) Plaintiff, The Cumberland Mutual Fire Insurance Company, provided a policy of insurance to the subrogees, Bryan C. and Penelope A. Crothers for the subject property located at 773 Pearson Corner Road, Hartly, DE 19953. The aforesaid policy of insurance provided the following coverage: dwelling - $167,600.00, other structures - $16,760.00, personal property - $117,320.00, loss of use - $33,520.00, personal liability - $500,000.00 and medical payment to others - $5,000.00. Pursuant to the aforesaid policy of insurance, the Crothers were required to pay a $500.00 deductible as a result of this matter.

HECKLER & FRABIZZIO

\_\_\_/s/ Daniel P. Bennett_____
DANIEL P. BENNETT
Delaware Bar No. 2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302)-573-4800 (telephone)

MICHAEL F. WALLACE, ESQUIRE
Admitted *Pro Hac Vice*
LAW OFFICES OF ROBERT A. STUTMAN, PC
399-A Route 73 North
West Berlin, New Jersey 08091
(856) 767-6800
Attorneys for Plaintiff, Cumberland Mutual Fire Insurance a/s/o Bryan C. &Penelope A. Crothers

Date:  March 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on 17th day of March, 2005, a copy of the annexed Plaintiff's Initial Disclosures were served upon Defendant, S.C. Johnson & Son, Inc.'s counsel, James P. Hall, Esquire, (#3293), 1200 North Broom Street, Wilmington, Delaware 19806 and Thomas P. Schult, Esquire, Berkowitz, Stanton, Brandt, Williams & Shaw, LLP, Two Emanuel Cleaver, II Boulevard., Suite 500, Kansas City, Missouri 64112 via U.S. 1st Class Mail.

HECKLER & FRABIZZIO

___/s/ Daniel P. Bennett_____
DANIEL P. BENNETT
Delaware Bar No. 2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302)-573-4800 (telephone)

MICHAEL F. WALLACE, ESQUIRE
Admitted *Pro Hac Vice*
LAW OFFICES OF ROBERT A. STUTMAN, PC
399-A Route 73 North
West Berlin, New Jersey 08091
(856) 767-6800
Attorneys for Plaintiff, Cumberland Mutual Fire Insurance a/s/o Bryan C. & Penelope A. Crothers

Date:  March 17, 2005