UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUMBERLAND MUTUAL FIRE INSURANCE COMPANY a/s/o BRYAN C. and PENELOPE A. CROTHERS,<br><br>    Plaintiff,<br><br>S.C. JOHNSON & SON, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-1503<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Daniel P. Bennett, hereby certify that on the 4th day of April, 2005, a copy of the following documents were served on counsel as follows via first class mail

1. Plaintiff's Responses to Defendant's Request for Production of Documents;

2. Plaintiff's Request for Production of Documents to Defendant; and

3. Plaintiff's Interrogatories to Defendant.

| | |
|---|---|
| James P. Hall, Esquire<br>Phillips, Goldman & Spence<br>1200 N. Broom Street<br>Wilmington, DE 19806 | Thomas P. Schult, Esquire<br>Berkowitz, Stanton, Brandt, Williams & Shaw, LLP<br>Two Emanuel Cleaver,<br>II Boulevard, Suite 500<br>Kansas City, Missouri 64112 |

HECKLER & FRABIZZIO

/s/ Daniel P. Bennett

DANIEL P. BENNETT, I.D. #2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302) 573-4800
Attorney for Plaintiff

Date: April 4, 2005

MICHAEL F. WALLACE, ESQUIRE
Admitted Pro Hac Vice
LAW OFFICES OF ROBERT A. STUTMAN, PC
399-A Route 73 North
West Berlin, NJ 08091
(856) 767-6800
Attorney for Plaintiff