pOAO 440 (Del Rev. 10/01) Summons in a Civil Action

UNITED STATES DISTRICT COURT

District of     DELAWARE

**SUMMONS IN A CIVIL CASE**

CUMBERLAND MUTUAL INSURANCE COMPANY
a/s/o Bryan C. and Penelope A. Crothers

v.         CASE NUMBER:    04-1503

S.C. JOHNSON & SON, INC.

TO:    S.C. Johnson & Son, Inc.
        David Hecker (Registered Agent)
        1525 How Street
        Racine, WI 53403

**YOU ARE HEREBY SUMMONED** and required to serve on Plaintiff's Attorney Daniel P. Bennett, Esquire, Heckler & Frabizzio, The Corporate Plaza, 800 Delaware Avenue, Suite 200, P.O. Box 128, Wilmington, Delaware 19899 an answer to the Complaint which is served on you with this Summons, within 30 days after service of this Summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                            12/7/04

CLERK                                                         DATE

(By) DEPUTY CLERK



AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, LETTER |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER    DATE: 12/22/2004 08:55AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

S.C. JOHNSON & SON, INC.    papers accepted by Sherri Hempel, corporate counsel

Place where served:   1525 Howe Street

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: F   AGE: 40 approx   HEIGHT: 5'9" approx   WEIGHT: 120 lbs approx   SKIN: W   HAIR: light brown   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

_____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

EXECUTED ON: 12/22/2004 08:55AM

ATTORNEY: MICHAEL F. WALLACE
PLAINTIFF: CUMBERLAND MUTUAL INSURANCE A/S/O BRYAN C. CROTHERS, ET AL
DEFENDANT: S.C. JOHNSON & SON, INC.
VENUE: DISTRICT
DOCKET: 04 1503

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.