File No. P105-15840
Document No. 239122

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CUMBERLAND MUTUAL FIRE )
INSURANCE COMPANY a/s/o BRYAN C. )
and PENELOPE A. CROTHERS, )
              )
              )
     Plaintiff,        )   C.A. No. 04-1503
              )
S.C. JOHNSON & SON, INC.     )
              )
     Defendant.      )

### NOTICE OF SERVICE

  I, Daniel P. Bennett, hereby certify that on the 19th day of April, 2005, a copy of Plaintiff's Responses to Defendant's Interrogatories was served on counsel as follows via first class mail

James P. Hall, Esquire  
Phillips, Goldman & Spence  
1200 N. Broom Street  
Wilmington, DE 19806  

Thomas P. Schult, Esquire  
Berkowitz, Stanton, Brandt, Williams & Shaw, LLP  
Two Emanuel Cleaver,  
II Boulevard, Suite 500  
Kansas City, Missouri 64112  

HECKLER & FRABIZZIO

_____
DANIEL P. BENNETT, I.D. #2842  
The Corporate Plaza  
800 Delaware Avenue, Suite 200  
P.O. Box 128  
Wilmington, DE 19899-0128  
(302) 573-4800  
Attorney for Plaintiff

MICHAEL F. WALLACE, ESQUIRE  
LAW OFFICES OF ROBERT A. STUTMAN, PC  
399-A Route 73 North  
West Berlin, NJ 08091  
(856) 767-6800  
Attorney for Plaintiff

Date: April 19, 2005