# HECKLER & FRABIZZIO

ATTORNEYS AT LAW

THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. WARD
STEPHEN J. MILEWSKI
CASEY W. LESIAK+

AREA CODE 302
573-4800

TELECOPIER
573-4806

*DELAWARE AND PENNSYLVANIA BAR
+PENNSYLVANIA BAR ONLY

April 19, 2005
Refer to: PI04-15840

RE:  Cumberland Mutual Fire Insurance Company a/s/o Bryan C. Crothers
     and Penelope A. Crothers v. S.C. Johnson & Son, Inc.
     C.A. No. 04-1503

**ELECTRONIC FILING**

The Honorable Sue L. Robinson
U.S. District Court
844 N. King Street
Wilmington, DE 19801

Your Honor:

Attached please find the Proposed Order which was discussed on the teleconference held this morning. If the Court has any questions, counsel is available at the Court's convenience.

Respectfully yours,

DANIEL P. BENNETT

DPB/bst/239195
Enclosure
cc:  James P. Hall, Esquire (w/enc.)
     Thomas B. Schult, Esquire (w/enc.)

File No.: PI05-15840
Document No.: 239112

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUMBERLAND MUTUAL FIRE INSURANCE COMPANY a/s/o BRYAN C. and PENELOPE A. CROTHERS, | : : : | CIVIL ACTION<br><br>NO. 04-1503 |
| Plaintiff, | : : : | |
| v. | : : | |
| S.C. JOHNSON & SON, INC., | : : : | |
| Defendant. | : | |

### ORDER

At Wilmington this 19th day of April 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2.

2. **Discovery.**

   (a) Discovery will be needed on the following subjects: (brief description of subjects on which discovery will be needed).

   (b) All discovery shall be commenced in time to be completed by **December 30, 2005**.

   (c) Maximum of N/A interrogatories by each party to any other party.

  (d) Maximum of <u>N/A</u> requests for admission by each party to any other party.

  (e) Maximum of <u>N/A</u> depositions by plaintiff and <u>N/A</u> by defendant.

  (f) Each deposition [other than of _____] limited to a maximum of <u>N/A</u> hours unless extended by agreement of parties.

  (g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by **September 30, 2005**. Rebuttal expert reports due by **November 30, 2005**.

  (h) **Discovery Disputes.** Any discovery dispute shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before <u>N/A</u>.

4. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before **January 31, 2006**. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court. All briefing shall be completed by **March 6, 2006**.

6.   **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. Any non-dispositive motion shall contain the statement required by D.Del. LR 7.1.1.

7.   **Motions in Limine.** All motions in limine shall be filed on or before **April 5, 2006**. All responses to said motions shall be filed on or before **April 12, 2006**.

8.   **Pretrial Conference.** A pretrial conference will be held on **April 19, 2006 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9.   **Trial.** This matter is scheduled for a week jury trial commencing on **May 1, 2006** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge