## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CUMBERLAND MUTUAL FIRE INSURANCE : | | CIVIL ACTION |
| COMPANY a/s/o BRYAN C. and | : | |
| PENELOPE A. CROTHERS | : | NO. 04-1503 |
| | : | |
| Plaintiff(s), | : | |
| | : | |
| v. | : | |
| | : | |
| S.C. JOHNSON & SON, INC. | : | |
| | : | |
| Defendant. | : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Michael F. Wallace, Esquire to represent Cumberland Mutual

Fire Insurance Company a/s/o Bryan C. and Penelope A. Crothers in this matter.

Respectfully submitted,

HECKLER & FRABIZZIO

DANIEL P. BENNETT
Delaware Bar No. 2842
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, DE 19899-0128
(302)-573-4800 (telephone)
Date:   April 22, 2005          Attorney for Plaintiffs

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED this _____ day of _____, 2005,
counsel's motion for *pro hac vice* is granted

_____
United States District Court Judge

File No. P104-15840
Doc. No. 232212

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CUMBERLAND MUTUAL FIRE INSURANCE :     CIVIL ACTION
COMPANY a/s/o BRYAN C. and          :
PENELOPE A. CROTHERS                :     NO. 04-1503
                                   :
               Plaintiff,    :
                                   :
         vi.                       :
                                   :
S.C. JOHNSON & SON, INC.            :
                                   :
              Defendant.   :

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am
admitted, practicing and in good standing as a member of the Bar of the State of New Jersey and
pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged
misconduct that occurs in the preparation or course of this action. I also certify I am generally
familiar with this Court's Local rules.

Signed: *Michael F. Wallace*

Michael F. Wallace

Date: 4/20/05

## CERTIFICATE OF SERVICE

I hereby certify that I have this 22nd day of April, 2005, caused to be placed in

the United States Mail, postage prepaid, a true and correct copy of the foregoing

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* to:**

James P. Hall, Esquire
Phillips, Goldman & Spence
1200 N. Broom Street
Wilmington, DE 19806

Thomas P. Schult, Esquire
Berkowitz, Stanton, Brandt, Williams & Shaw, LLP
Two Emanuel Cleaver,
II Boulevard, Suite 500
Kansas City, Missouri 64112

DANIEL P. BENNETT