UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---

CUMBERLAND MUTUAL INSURANCE : 
COMPANY :
 :
       Plaintiff(s) :
 :
    v. :   Case No. 04-1503
 :
S. C. JOHNSON & SON, INC. :
 :
       Defendant. :

CERTIFICATE OF SERVICE

    I hereby certify that copies of the Answers and Objections of SC Johnson to Plaintiff's Interrogatories and Responses and Objections of SC Johnson to Request for Production were served by United States Mail this 10th day of June, 2005 on:

    Daniel P. Bennett
    Heckler & Frabizzio
    The Corporate Plaza
    800 Delaware Avenue
    Suite 200
    P.O. Box 128
    Wilmington, Delaware 19899

    Michael F. Wallace
    Law Offices of Robert A. Stutman, P.C.
    399 A Route 73 North
    West Berlin, New Jersey 08091

                             /s/ J. P. Hall
                             James P. Hall, Esquire (DE #3293)
                             PHILLIPS, GOLDMAN & SPENCE, P.A.
                             1200 North Broom Street
                             Wilmington, DE 19806
                             (302) 655-4200
                             Attorney for S. C. Johnson & Son, Inc.