## HECKLER & FRABIZZIO

ATTORNEYS AT LAW

THE CORPORATE PLAZA
800 DELAWARE AVENUE
SUITE 200
POST OFFICE BOX 128
WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. WARD
STEPHEN J. MILEWSKI
CASEY W. LESIAK+
ROBERT J. DEARY*

*DELAWARE AND PENNSYLVANIA BAR
+PENNSYLVANIA BAR ONLY

AREA CODE 302
573-4800

TELECOPIER
573-4806

September 29, 2005
Refer to: PI04-15840

**ELECTRONIC FILING**

The Honorable Sue L. Robinson
U.S. District Court
844 N. King Street
Wilmington, DE 19801

RE: Cumberland Mutual Fire Insurance Company a/s/o Bryan C. Crothers and Penelope A. Crothers v. S.C. Johnson & Son, Inc.
C.A. No. 04-1503

Your Honor:

I represent the Plaintiff in the above-referenced matter. Some difficulties have been encountered with respect to discovery, and the parties request an extension of the applicable discovery deadlines. To that end, enclosed please find a Joint Stipulation which the parties request the Court grant in order to extend certain discovery deadlines. The parties continue to try to resolve their disputes. However, the potential exists that the Plaintiff may need to revisit further extensions with the Court if such disputes cannot be resolved promptly.

Thank you for your assistance in this matter. If the Court has any questions, counsel is available at the Court's convenience.

Respectfully yours,

DANIEL P. BENNETT

DPB/bst/239195
Enclosure
cc: James P. Hall, Esquire (w/enc. via facsimile)
    Thomas B. Schult, Esquire (w/enc. via facsimile)
    Michael F. Wallace, Esquire (w/enc. via facsimile)