UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUMBERLAND MUTUAL FIRE INSURANCE COMPANY a/s/o BRYAN C. and PENELOPE A. CROTHERS,  :  <br><br>Plaintiff(s)  :  <br><br>v.  :  <br><br>S. C. JOHNSON & SON, INC.  :  <br><br>Defendant.  :  | CIVIL ACTION<br><br>Case No. 04-1503 |

**JOINT STIPULATION TO EXTEND CERTAIN
DISCOVERY DEADLINES**

COMES NOW, plaintiff, Cumberland Mutual Fire Insurance Company, as subrogee of Bryan C. and Penelope A. Crothers and defendant, S. C. Johnson & Son, Inc. to seek court approval of the parties' mutually stipulated extension of certain discovery deadlines. The parties have agreed to this stipulation in order to allow the parties to resolve potential discovery disputes and to work cooperatively to schedule fact witness and expert depositions. Specifically, the parties have stipulated to extend the current discovery deadline of December 30, 2005 to January 30, 2006; to extend the period for disclosing the Rule 26 reports for retained experts on issues for which a party has the burden of proof from September 30, 2005 until November 1, 2005; and to extend the date for disclosure of rebuttal expert reports from December 2, 2005 to January 3, 2006. This stipulation does not change the dates for the filing of dispositive motions or pretrial pleadings nor does it seek to reschedule the Mediation that has been set for November 29, 2005.

_____
James P. Hall
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 N. Broom Street
Wilmington, Delaware 19806
(302) 655-4200

Attorneys for S. C. Johnson & Son, Inc.

_____
Daniel P. Bennett
HECKLER & FRABIZZIO
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, Delaware 19899-0128
(302) 573-4800

Attorney for Plaintiffs

_____
Michael F. Wallace
*Admitted Pro Hac Vice*
Law Offices of Robert A. Stutman, P.C.
20 East Taunton Road
Suite 403
Berlin, New Jersey 08009
(856) 767-6800

SO ORDERED:

_____
Honorable Sue L. Robinson, U.S.D.J.