UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUMBERLAND MUTUAL FIRE INSURANCE COMPANY | : : : |
| Plaintiff(s) | : : |
| v. | :  Case No. 04-1503 |
| S. C. JOHNSON & SON, INC. | : : |
| Defendant. | : |

**NOTICE DUCES TECUM OF RULE 30(b)(6) DEPOSITION OF
CUMBERLAND MUTUAL INSURANCE COMPANY**

You are hereby notified that, pursuant to Federal Rule of Civil Procedure Rule 30(b)(6), plaintiff Cumberland Mutual Insurance Company ("Cumberland Mutual") is requested to designate and produce for deposition a corporate representative or representatives who can testify as to matters known or reasonably known to Cumberland Mutual with respect to the following categories of inquiry:

1. The investigation by or on behalf of Cumberland Mutual of the events leading to, surrounding and following the incident at the Crothers' residence that forms the basis for this lawsuit.

2. All efforts made by Cumberland Mutual to identify causes for the incident other than the alleged defect in a Raid® Fogger product.

3. Any other fire or incident that Cumberland Mutual claims is substantially similar to the incident at the Crothers' residence.

4. The policies and procedures of Cumberland Mutual followed in this case in making a determination as to whether to seek subrogation from SC Johnson, including but not limited to all factors used by Cumberland Mutual in making the decision to subrogate.

5. All testing conducted by or on behalf of Cumberland Mutual of any Raid® Deep Reach Fogger product.

6. The chain of custody and present location of any Raid® Fogger product container that was present in the Crothers' residence at the time of the incident.

7. All communications by Cumberland Mutual or any of its representatives with the Environmental Protection Agency or any other state or federal regulatory agency or body regarding Raid® Fogger products.

8. The precise defect or defects that Cumberland Mutual claims were present in the Raid® Fogger products that were present in the Crothers' residence.

9. All reasonable alternative designs that Cumberland Mutual claims were feasible and could have been adopted by SC Johnson prior to the date of manufacture of the product or products that Cumberland Mutual claims were involved in this incident.

10. All communications of any kind between Cumberland Mutual and any other insurance company or insurance adjusting service regarding Raid® Deep Reach Fogger products from the date of the Crothers' incident to the present.

11. All efforts made by or on behalf of Cumberland Mutual to preserve the fire scene prior to its inspection by a representative of SC Johnson.

12. All support or evidence of any kind for the claim by Cumberland Mutual that SC Johnson has acted in a "careless, willful, wanton, malicious and/or reckless" manner in any regard.

13. All evidence of any kind that SC Johnson violated the Magnuson-Moss Warranty Federal Trade Commission Act.

14. All evidence of any kind that SC Johnson "knowingly concealed, suppressed and/or admitted information" in violation of the Delaware Consumer Fraud Act.

The deposition will be conducted on Tuesday, November 1, 2005, at the offices of counsel for SC Johnson, Phillips, Goldman & Spence, P.A. at 1200 North Broom Street, Wilmington, Delaware. The deposition will begin at 9:00 a.m. and will continue until it is completed. The deposition will be recorded by stenographic means.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: _____
James P. Hall (#3293)
1200 N. Broom Street
Wilmington, Delaware 19806
Telephone No.:  (302) 655-4200
Facsimile No.:  (302) 655-4210

ATTORNEY FOR S. C. JOHNSON & SON, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice Duces Tecum of Rule 30(b)(6) Deposition of Cumberland Mutual Insurance Company was served by United States Mail this ____ day of October, 2005 on:

> Daniel P. Bennett
> Heckler & Frabizzio
> The Corporate Plaza
> 800 Delaware Avenue
> Suite 200
> P.O. Box 128
> Wilmington, Delaware 19899
>
> Michael F. Wallace
> Law Offices of Robert A. Stutman, P.C.
> 20 East Taunton Road, Suite 403
> Berlin, New Jersey 08009

_____
An Attorney for S. C. Johnson & Son, Inc.

4