UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUMBERLAND MUTUAL FIRE INSURANCE COMPANY : <br> : <br> Plaintiff(s) : <br> : <br> v. : <br> : <br> S. C. JOHNSON & SON, INC. : <br> : <br> Defendant. : | Case No. 04-1503 |

## NOTICE OF DEPOSITION OF BRYAN CROTHERS

You are hereby notified that, pursuant to Federal Rule of Civil Procedure Rule 33, plaintiff Cumberland Mutual Insurance Company ("Cumberland Mutual") is requested to produce for deposition Bryan Crothers, its insured. The deposition will be conducted on Wednesday, <u>November 2, 2005</u> at the offices of counsel for SC Johnson, Phillips, Goldman & Spence, P.A. at 1200 N. Broom Street, Wilmington, Delaware. The deposition will begin at 9:00 a.m. and will continue until it is completed. The deposition will be recorded by stenographic means.

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: _____
James P. Hall (#3293)
1200 N. Broom Street
Wilmington, Delaware 19806
Telephone No.: (302) 655-4200
Facsimile No.: (302) 655-4210

ATTORNEY FOR S. C. JOHNSON & SON, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Deposition of Bryan Crothers was served by United States Mail this ____ day of October, 2005 on:

    Daniel P. Bennett
    Heckler & Frabizzio
    The Corporate Plaza
    800 Delaware Avenue
    Suite 200
    P.O. Box 128
    Wilmington, Delaware 19899

    Michael F. Wallace
    Law Offices of Robert A. Stutman, P.C.
    20 East Taunton Road, Suite 403
    Berlin, New Jersey 08009

_____
An Attorney for S. C. Johnson & Son, Inc.