UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUMBERLAND MUTUAL FIRE INSURANCE COMPANY | : <br> : <br> : |
| Plaintiff(s) | : <br> : |
| v. | :     Case No. 04-1503 <br> : |
| S. C. JOHNSON & SON, INC. | : <br> : |
| Defendant. | : |

## NOTICE OF DEPOSITION OF PENELOPE CROTHERS

You are hereby notified that, pursuant to Federal Rule of Civil Procedure Rule 33, plaintiff Cumberland Mutual Insurance Company ("Cumberland Mutual") is requested to produce for deposition Penelope Crothers, its insured. The deposition will be conducted on Wednesday, November 2, 2005 at the offices of counsel for SC Johnson, Phillips, Goldman & Spence, P.A. at 1200 N. Broom Street, Wilmington, Delaware. The deposition will begin at 11:30 a.m. and will continue until it is completed. The deposition will be recorded by stenographic means.

                                                Respectfully submitted,

                                                PHILLIPS, GOLDMAN & SPENCE, P.A.

By: _____
      James P. Hall (#3293)
      1200 N. Broom Street
      Wilmington, Delaware 19806
      Telephone No.:   (302) 655-4200
      Facsimile No.:    (302) 655-4210

                             ATTORNEY FOR S. C. JOHNSON & SON, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Deposition of Penelope Crothers was served by United States Mail this ____ day of October, 2005 on:

Daniel P. Bennett
Heckler & Frabizzio
The Corporate Plaza
800 Delaware Avenue
Suite 200
P.O. Box 128
Wilmington, Delaware 19899

Michael F. Wallace
Law Offices of Robert A. Stutman, P.C.
20 East Taunton Road, Suite 403
Berlin, New Jersey 08009

_____
An Attorney for S. C. Johnson & Son, Inc.