IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUMBERLAND MUTUAL FIRE INSURANCE COMPANY a/s/o BRYAN C. and PENELOPE A. CROTHERS, | : : : : |
| Plaintiffs, | : : |
| v. | : C.A. No. 04-1503 SLR : |
| S.C. JOHNSON & SON, INC., | : : |
| Defendant. | : : |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Thomas P. Schult, Esquire, to represent S. C. Johnson & Son, Inc. in this matter.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JAMES P. HALL, ESQUIRE (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

Attorney for S. C. Johnson & Son, Inc.

DATE:

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated:_____      _____
                                   United States District Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and that I am admitted, practicing and in good standing as a member of the Bar of Missouri. Pursuant to Local Rule 83.6, I agree to submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                      BERKOWITZ OLIVER WILLIAMS
                                      SHAW & EISENBRANDT LLP

                                      */s/ Thomas P. Schult*
                                      THOMAS P. SCHULT, ESQUIRE
                                      Two Emanuel Cleaver II Blvd., Suite 500
                                      Kansas City, Missouri 64112
                                      Tel. (816) 561-7007
                                      Fax (816) 561-1888

DATE:

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Motion and Order for Admission Pro Hac Vice was served by United States Mail this 5th day of October, 2005 on:

Daniel P. Bennett
Heckler & Frabizzio
The Corporate Plaza
800 Delaware Avenue
Suite 200
P.O. Box 128
Wilmington, Delaware 19899

Michael F. Wallace
Law Offices of Robert A. Stutman, P.C.
20 East Taunton Road, Suite 403
Berlin, New Jersey 08009

_____
An Attorney for S. C. Johnson & Son, Inc.

2