## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUMBERLAND MUTUAL FIRE INSURANCE COMPANY, a/s/o BRYAN C. and PENELOPE A. CROTHERS, | :<br>:<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | :    Civil Action No. 04-1503-SLR |
| S. C. JOHNSON & SONS, INC., | :<br>:<br>: |
| Defendant. | : |

## ORDER

At Wilmington this **7**[th] day of **November, 2005**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, November 29, 2005 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                              /s/ Mary Pat Thynge  
                                              UNITED STATES MAGISTRATE JUDGE