# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN

ATTORNEYS AT LAW
PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: Wilmington Office

November 7, 2005

The Honorable Mary Pat Thynge
U.S. District Court
844 King Street
Lock Box 8
Wilmington, DE   19801

    RE: **Cumberland Mutual Fire Insurance Company**
       **v. S. C. Johnson & Son, Inc.**
       **C.A. No.: 04-1503**
       **Our File: JOHSC-1**

Dear Magistrate Thynge:

  Please be advised that the parties have settled the above-captioned case. Therefore, we will not need to proceed to a mediation conference on November 29, 2005. Thank you.

                Respectfully submitted,

                JAMES P. HALL
                DE Bar No. 3293

JPH\tap
pc: Daniel P. Bennett, Esquire
   Thomas P. Schult, Esquire
   Michael F. Wallace, Esquire