# PHILLIPS, GOLDMAN & SPENCE, P. A.

JOHN C. PHILLIPS, JR
STEPHEN W. SPENCE
ROBERT S. GOLDMAN
LISA C. McLAUGHLIN
JAMES P. HALL
JOSEPH J. FARNAN III
BRIAN E. FARNAN

ATTORNEYS AT LAW
PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

Wilmington Office
REPLY TO: _____

November 7, 2005

The Honorable Sue L. Robinson
U.S. District Court
844 King Street
Lock Box 31
Wilmington, DE   19801

      RE:    **Cumberland Mutual Fire Insurance Company**
            **v. S. C. Johnson & Son, Inc.**
            **C.A. No.: 04-1503**
            **Our File: JOHSC-1**

Dear Judge Robinson:

      The purpose of this letter is to advise the Court that the parties have settled the above-captioned matter. The parties expect to have the release and stipulation of dismissal signed within the next 30 days.

                                      Respectfully submitted,

                                      JAMES P. HALL
                                      DE Bar No. 3293

JPH\tap
pc:    Daniel P. Bennett, Esquire
       Thomas P. Schult, Esquire
       Michael F. Wallace, Esquire