IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CUMBERLAND MUTUAL FIRE INSURANCE COMPANY a/s/o BRYAN C. and PENELOPE A. CROTHERS, : : : : Plaintiffs, : : v. : : S.C. JOHNSON & SON, INC., : : Defendant. : : | C.A. No. 04-1503 SLR |

### STIPULATION OF DISMISSAL

COMES NOW, the parties, by and through their undersigned counsel, who do hereby agree and stipulate to the dismissal of the above-captioned matter with prejudice.

LAW OFFICES OF ROBERT A. STUTMAN, P.C.

_____
MICHAEL F. WALLACE, ESQUIRE
20 East Taunton Road, Suite 403
Berlin, NJ 08009
(856) 767-6800
Attorney for Plaintiffs

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JAMES P. HALL, ESQUIRE (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Defendant

DATE: