## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2005, two copies of the following documents:

STIPULATION OF DISMISSAL

were served by first class, postage prepaid mail to:

Daniel P. Bennett
Heckler & Frabizzio
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, Delaware 19899

Michael F. Wallace
Law Offices of Robert A. Stutman, P.C.
20 East Taunton Road, Suite 403
Berlin, New Jersey 08009

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JAMES P. HALL, ESQUIRE (#3293)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Attorney for Defendant S. C. Johnson & Son, Inc.