HECKLER & FRABIZZIO

*/s/ Daniel P. Bennett*
--------------------------------
DANIEL P. BENNETT, ESQUIRE (#2842)
The Corporate Plaza
800 Delaware Avenue, Suite 200
P.O. Box 128
Wilmington, Delaware 19899
(302) 573-4800
Attorney for Plaintiff